**No. 10-1074. Flora L. Kimble, Petitioner v. Patrick R. Donahoe, Postmaster General.**

563 U.S. 937, 131 S. Ct. 2116, 179 L. Ed. 2d 893, 2011 U.S. LEXIS 3035.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 390 Fed. Appx. 601.